# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RANDY ECKHARDT, Personal Representative of the Estate of ESTHER ECKHARDT,** )<br>)<br>)<br>)        **Plaintiff,**       )<br>)<br>**v.**       )<br>)<br>**FIVE STAR QUALITY CARE-NE, LLC, a Delaware Limited Liability Company, d/b/a CENTENNIAL PARK RETIREMENT VILLAGE, and JOHN DOE 1-5,** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.**       ) | **8:16CV533**<br><br>**ORDER** |

This matter comes before the court on Plaintiff's, Motion to Change Place of Trial (Filing No. 9) from Omaha to North Platte. In reviewing the motion and the case progression to date, the court finds the motion is premature at this time. The court will reconsider a request to change the place of trial after further progression of the case.

**IT IS ORDERED:** The Plaintiff's Motion to Change Place of Trial (Filing No. 9) is denied, without prejudice to reassertion.

**DATED: December 22, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**