IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY ECKHARDT, Personal Representative of the Estate of Esther Eckhardt,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR QUALITY CARE-NE, LLC and JOHN DOE #1-5,<br><br>Defendants. | Case No. 8:16-cv-533<br><br>**ORDER EXTENDING DEADLINES TO COMPLETE DEPOSITIONS AND COMPEL ARBITRATION** |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines to Complete Depositions and Compel Arbitration (Filing No. 13). The Parties seek a continuance of the deadlines for completing depositions related to the issue of enforceability of the arbitration agreement and the deadline for Defendant to file any motion to compel arbitration as set for in the Court's Order for Initial Progression of Case (Filing No. 12).

**IT IS ORDERED**: The parties' Joint Motion to Extend Deadlines to Complete Depositions and Compel Arbitration (Filing No. 13) is granted as set forth below.

**IT IS FURTHER ORDERED**: The provisions of the Court's previous orders shall remain in effect, and in addition to those provisions, the following date changes shall apply:

The deadline for completing depositions related to the issue of enforceability of the arbitration agreement is hereby extended to **July 17, 2017.**

The deadline for Defendant to file any motion to compel arbitration is hereby extended to **August 18, 2017.**

DATED: April 7, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge