IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RANDY ECKHARDT, Personal
Representative of the Estate of Esther Eckhardt,

Plaintiff,

vs.

FIVE STAR QUALITY CARE-NE, LLC
and JOHN DOE #1-5,

Defendants.

8:16CV533

ORDER EXTENDING DEADLINES TO
COMPLETE DEPOSITIONS AND
COMPEL ARBITRATION

This matter is before the Court on the parties' Joint Motion to Extend Deadlines to Complete Depositions and Compel Arbitration (Filing No. 16).  The parties seek a second continuance of the deadlines for completing depositions related to the issue of enforceability of the arbitration agreement and the deadline for Defendant to file any motion to compel arbitration as set forth in the Court's Order for Initial Progression of Case (Filing No. 12).  For good cause shown, the Court finds the motion should be granted.  Accordingly,

**IT IS ORDERED**: The parties' Joint Motion to Extend Deadlines to Complete Depositions and Compel Arbitration (Filing No. 16) is granted.  The provisions of the Court's previous orders shall remain in effect, and in addition to those provisions, the following date changes shall apply:

1.  The deadline for completing depositions related to the issue of enforceability of the arbitration agreement is hereby extended to **October 27, 2017.**

2.  The deadline for Defendant to file any motion to compel arbitration is hereby extended to **November 17, 2017.**

**DATED: July 18, 2017**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**